In the Matter of CITY COUNCIL OF THE CITY OF WATERVLIET et al., Appellants, v TOWN BOARD OF THE TOWN OF COLONIE, Respondent.

Submitted August 2, 2004; decided August 31, 2004

Motion by New York State Department of Environmental Conservation for leave to participate in oral argument on the appeal herein granted.

In the Matter of NATHANIEL JACKSON, Appellant, v JOSEPH SMITH et al., Respondents.

Submitted June 14, 2004; decided August 31, 2004

Motion for leave to appeal denied. The Court of Appeals restates the rule that denial of a motion for leave to appeal is not equivalent to an affirmance and has no precedential value (*see e.g. Matter of Marchant v Mead-Morrison Mfg. Co.*, 252 NY 284, 297-298).

SHARWLINE NICHOLSON et al., Respondents, v NICHOLAS SCOP-PETTA et al., Appellants, et al., Defendants.

Submitted August 2, 2004; decided August 31, 2004

Motion by Joseph L. Woolston, M.D., et al. for leave to file a brief amici curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARIEL NAZARIO, Appellant.

Submitted July 19, 2004; decided August 31, 2004

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.